**Order entered January 15, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00213-CV

**MICHAEL DWAIN WILLIAMS, Appellant**

**V.**

**LUPE VALDEZ, SHERIFF, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09709**

## ORDER

Before the Court is appellant's January 11, 2019 request for a paper copy of the supplemental reporter's record filed December 21, 2018. We **GRANT** the request and **DIRECT** the Clerk of the Court to send a paper copy of the December 21st supplemental record.

Appellant's brief remains due February 20, 2019.

/s/     BILL WHITEHILL
        JUSTICE